UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**TIMOTHY TAYLOR**                                                                                     **PLAINTIFF**

**VERSUS**                                          **CIVIL ACTION NO.: 4:07cv00040 TSL-LRA**

**WALTER SCHOENWOLF**                                                     **DEFENDANT**

## ORDER OF DISMISSAL

THIS CAUSE coming on this day on *ore tenus* Motion of the plaintiff, Timothy Taylor, for dismissal with prejudice, and the Court being advised that the parties have reached an amicable settlement of this controversy without the necessity of litigation, it is hereby

**ORDERED AND ADJUDGED** that plaintiff, Timothy Taylor's, motion for dismissal with prejudice is hereby granted, and this cause is hereby dismissed with prejudice, with each party to bear their own costs.

**SO ORDERED AND ADJUDGED,** this 8th day of August, 2008.

                                                 /s/Tom S. Lee
                                                 TOM S. LEE
                                                 SENIOR DISTRICT JUDGE

**Submitted by:**

**SILBERT, GARON & PITRE**
David P. Pitre (MS Bar #99388)
3506 Washington Avenue, Suite G
Gulfport, Mississippi 39507
Telephone: (228) 822-2404
Facsimile: (228) 822-9942
Email: david@sgpms.com
Attorney for Plaintiff